UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BARRIENTOS, et al.,<br><br>Defendants. | Case No. 24-cv-01299-JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND ENTERING JUDGMENT**<br><br>Re: Dkt. Nos. 11, 17 |

This matter comes before the Court upon consideration of the report and recommendation ("Report"), issued by Magistrate Judge Kandis A. Westmore recommending that the Court grant Plaintiffs' motion for default judgment. Defendants have not appeared. Plaintiff does not object to the Report.

The Court has considered Plaintiffs' motion, Judge Westmore's Report, relevant legal authority, and the record in this case. The Court finds the Report well-reasoned and thorough and adopts in it every respect.

Accordingly, the Court GRANTS Plaintiff's motion for default judgment. The Court enters judgment against Defendants, jointly and severally, in the amount of $7,503.50 ($4,000 in statutory damages, $2,415.00 in attorney's fees, and $1,088.50 in costs for a total of $7,503.50).

The Court FURTHER ORDERS Defendants to provide the following:

A parking space in compliance with the federal ADAAG §4.6.3, §4.6.6, §4.3.2(1), and §4.1.2(5)(b) (1991 standards), ADAAG §208.3 and §502.3 (2010 standards), and California Building Code §11B-208, 11B 502.3.3, 11B-502.6, 11B-502.6.4, and 11B-705.1.2.5. All these requirements to be subject to the "readily achievable" standard, and susceptible to alternative methods, if not "readily achievable."

1     This Order constitutes the judgment in this matter. The Clerk shall close the file.

2     **IT IS SO ORDERED**.

3 Dated: January 6, 2024

_____
JEFFREY S. WHITE
United States District Judge